WESTERMAN BALL EDERER
MILLER ZUCKER & SHARFSTEIN, LLP
1201 RXR Plaza
Uniondale, New York 11556
Telephone: (516) 622-9200
Thomas A. Draghi, Esq.

*Counsel for* Esther DuVal, CPA, CFF of CBIZ Accounting,
Tax & Advisory of New York, LLC, as Wind-Down Officer
of the Estates of Ladera Parent LLC and Ladera, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| HANS FUTTERMAN, | Case No.: 17-12899 (MEW) |
| Debtor. | |

-------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF NASSAU  )

Florence Jean-Joseph, being duly sworn, deposes and says:

That I am not a party to this action, am over 18 years of age and reside in the County of Queens in the State of New York;

On April 19, 2018, deponent served a true and correct copy of the **NOTICE OF SUBMISSION OF PROPOSED STIPULATION AND ORDER FURTHER EXTENDING DEADLINE FOR ESTHER DUVAL, CPA, CFF OF CBIZ ACCOUNTING, TAX & ADVISORY OF NEW YORK, LLC, AS WIND-DOWN OFFICER OF THE ESTATES OF LADERA PARENT LLC AND LADERA, LLC TO FILE A PROOF OF CLAIM TO JUNE 1, 2018 [Docket No. 129]** by Electronic Mail upon the parties listed on the attached Service List:

　　　　　　　　　　　　　　　　　　*/s/ Florence Jean-Joseph*
　　　　　　　　　　　　　　　　　　Florence Jean-Joseph

Sworn before me this
19th day of April, 2018

*/s/ Phyllis Halpern*
Notary Public, State of New York
No. 4847763
Qualified in Nassau County
Commission Expires March 30, 2019

**Service List**

Scott S. Markowitz, Esq.
Counsel to Hans Futterman
Email: smarkowitz@tarterkrinsky.com
snobles@tarterkrinsky.com;
jseitllari@tarterkrinsky.com

Brian S. Masumoto, Esq.
U.S. Trustee United States Trustee
Email: nysbnotice@gmail.com

United States Trustee
Email: USTPRegion02.NYECF@USDOJ.GOV

Adam C. Rogoff, Esq.
Counsel to RWNIH-DL 122nd Street 1 LLC
Email: arogoff@kramerlevin.com
gfrenzel@kramerlevin.com
corporate-reorg-1449@ecf.pacerpro.com

Paul B. O'Neill, Esq.
Email: boneill@kramerlevin.com
corporate-reorg-1449@ecf.pacerpro.com

Elizabeth L Doyaga, Esq.,
Counsel to Select Portfolio Servicing, Inc. as servicer for U.S. Bank National Association
(successor to Bank of America, N.A., successor by merger to LaSalle Bank N.A.), as Indenture
Trustee, on behalf of the
Email: edoyaga@flwlaw.com
jspiegelman@flwlaw.com
plamberti@flwlaw.com

Adam H. Friedman, Esq.
Counsel to USHA SoHa Terrace, LLC and Ventures Soha LLC
Email: afriedman@olshanlaw.com
docketclerk@olshanlaw.com

Richard L Yellen, Esq.
Counsel to USHA SOHA Terrace LLC
Email: ryellen@yellenlaw.com
bkombol@yellenlaw.com

Lucas F. Hammonds, Esq.
Counsel to Harlem Mann LLC
Email: lhammonds@sillscummis.com

Alana R. Katz, Esq.
Counsel to RWNIH-DL 122nd Street 1 LLC
Email: arkatz@kramerlevin.com

Martin A. Mooney, Esq.
Counsel to TD Bank N.A.
Email: ahight@schillerknapp.com
       kcollins@schillerknapp.com
       bfisher@schillerknapp.com

Jonathan B. Nelson, Esq.
Counsel to Peoples United Bank, N.A.
Email: jnelson@dorflaw.com
       arodriguez@dorflaw.com

Joel Shafferman, Esq.
Counsel to Shafferman & Feldman LLP
Email: joel@shafeldlaw.com

01785866.DOCX

-3-