UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

                               Chapter 11

HANS FUTTERMAN

                               Case No.: 17-12899 (MEW)

                        Debtor.

------------------------------------------------------------x

## **FINAL DECREE**

The Court having entered an order, dated December 12, 2019 [ECF Doc. No. 364], the "Confirmation Order") confirming the Debtor's Amended Modified Second Amended Plan of Reorganization (the "Plan") and the Debtor having reported the Plan has been substantially consummated, and having applied for a final decree,

**NOW**, upon the application of the Debtor for a final decree and upon the order of this Court confirming said Plan, and it appearing to the satisfaction of the Court that said Plan has been substantially consummated, it is

     **ORDERED, ADJUDGED AND DECREED:**

     1.     The provisions of the Plan are binding on the Debtor, any entity acquiring property under the Plan, and any creditor whether or not the claim of such creditor is impaired under the Plan, and whether or not such creditor has accepted the Plan.

     2.     Except as otherwise provided in the Plan or the Confirmation Order, all the property of the estate vested in the Debtor.

     3.     Except as otherwise provided in the Plan or the Confirmation Order, the property dealt with by the Plan is free and clear of all claims and interests of creditors.

     4.     All creditors or claimants against the Debtor, and persons having or claiming interests of any nature whatsoever in the property and assets of the Debtor be and they hereby are restrained and enjoined from pursuing or attempting to pursue, any action, commencing or continuing any action at law or equity, employing any process or any act against the Debtor or

his property, directly or indirectly, on account of or based upon any right, claim or interest which any such creditor, claimant, or other entity may have had at the date of the filing of the Debtor's petition herein under chapter 11, except with respect to claims, rights or interests arising out of the Plan or order of this Court.

5.      To the extent the Trustee has not already been discharged by prior orders of this Court (including but not limited to the confirmed plan of reorganization and the order confirming that plan), and for the avoidance of doubt, Gregory Messer, Esq., the Chapter 11 trustee appointed by notice of appointment dated May 3, 2018, under ECF Doc. No. 140, is hereby discharged.

6.      The Debtor's chapter 11 case is hereby closed.

Dated: New York, New York
       June 18, 2025

                                        /s/ **Michael E. Wiles**
                                        **HONORABLE MICHAEL E. WILES**
                                        **UNITED STATES BANKRUPTCY JUDGE**